UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYIA VOLKAVA, et al., <br><br>                         Plaintiffs, <br><br> -against- <br><br> PHM RESTAURANT CORP. d/b/a ROLFS, and ROBERT H. MAISANO, <br><br>                         Defendants. | 23-CV-4893 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Discovery in this case closed on May 28, 2024, and any class certification motion was due on June 14, 2024. Dkts. 17, 19. No motion was filed and neither party has requested any additional time for discovery or motion practice.

Accordingly, no later than **June 21, 2024**, the parties should file a joint letter updating the Court on the status of this case. The letter should also address whether either party intends to file dispositive motions and, if not, proposing dates for trial in August or September.

SO ORDERED.

Dated: June 17, 2024
          New York, New York

                                                    _____
                                                    ARUN SUBRAMANIAN
                                                    United States District Judge