

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 27.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 5, 2024

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:   212.392.4772
Direct:   212.444.1024
Fax:   212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

August 5, 2024

VIA ECF
The Honorable Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Volkava *et al.* v. RHM Restaurant Corp. *et al.*, 1:23-cv-04893 (AS)

Dear Judge Subramanian:

    This firm represents the Plaintiffs. We submit this letter on behalf of all parties to advise the Court the parties have resolved the issues raised in Plaintiffs' August 1, 2024 letter (Doc. No. 27), which are addressed in the Court's August 2 Order and were going to be the subject of tomorrow's 1:00 p.m. hearing (Doc. No. 28). Given this development, the Plaintiffs withdraw their request for a hearing and respectfully request that the Court adjourn the hearing *sine die*.

    We appreciate the Court's attention and quick action on this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
Milana Dostanitch

CC:   Counsel of Record (Via ECF)