UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maryia Volkava, Nastassia Plaskavitskaya, Svetlana Zaytseva, and Tamara Hernandez,<br><br>                              Plaintiffs,<br><br>-against-<br><br>RHM Restaurant Corp. and Robert H. Maisano,<br><br>                              Defendants. | 23-cv-4893 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Any class certification motions in this case were originally due to be filed on June 14, 2024. ECF Nos. 17 and 19. No motion was filed, and the Court requested that the parties file a joint letter updating the Court on the status of the case. ECF No. 24. In their status report, the parties requested that the deadline for class certification motions be extended to September 16, 2024 and that the deadline for discovery be extended to August 30, 2024. ECF No. 25. The Court granted these requests. ECF No. 26.

    No motion was filed, and neither party requested any additional time. **No motion for class certification will be heard in this case, and discovery is closed.** The deadline for dispositive motions is **October 4, 2024**.

    SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge