UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maryia Volkava, Nastassia Plaskavitskaya, Svetlana Zaytseva, and Tamara Hernandez,<br><br>                             Plaintiffs,<br><br>-against-<br><br>RHM Restaurant Corp. and Robert H. Maisano,<br><br>                             Defendants. | 23-cv-4893 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Discovery is closed, no motions for class certification were made by the September 16, 2024 deadline, and no dispositive motions were filed by the October 4, 2024 deadline. By **October 15, 2024**, the parties should file a joint letter updating the Court on the status of this case and proposing dates for trial in February or March 2025.

    SO ORDERED.

Dated: October 8, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                    United States District Judge