UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYIA VOLKAVA, NASTASSIA PLASKAVITSKAYA, SVETLANA ZAYTSEVA, TAMARA HERNANDEZ, Individually and on behalf of all other persons similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>RHM RESTAURANT CORP. d/b/a ROLFS and ROBERT H. MAISANO, Jointly and Severally,<br><br>     Defendants. | ECF CASE<br><br>No.: 1:23-cv-4893 (AS)<br><br><u>JUDGMENT</u> |

  WHEREAS, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants RHM Restaurant Corp. d/b/a Rolfs and Robert H. Maisano ("Defendants") made an offer to allow judgment to be taken against them jointly in this action in the amount of $350,000.00, which is inclusive of all attorneys' fees, all costs, and other damages of any kind sought by Plaintiffs in this action ("Offer of Judgment") (Doc. No. 38-1); and

  WHEREAS, Plaintiffs Maryia Volkava, Nastassia Plaskavitskaya, Svetlana Zaytseva and Tamara Hernandez provided notice that they have accepted Defendants' Offer of Judgment (Doc. No. 38);

  IT IS ON THIS  13  day of February 2025,

  ORDERED THAT Judgment be entered against Defendants jointly in the amount of $350,000.00, inclusive of all attorneys' fees, all costs and other damages of any kind sought by Plaintiffs in this action.

  IT IS FURTHER ORDERED THAT, the Clerk of Court is directed to enter judgment consistent with this accepted Offer of Judgment and close the case.

Dated: February 13, 2025

                       _____
                        Hon. Arun Subramanian, U.S.D.J.